

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2022

No. 04-22-00009-CV

**IN THE INTEREST OF D.R.B.** and E.B.,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1988-CI-00019
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellee's brief originally was due on August 8, 2022. On August 5, 2022, appellee filed an unopposed motion requesting a sixty-day extension. Appellee states the parties are attempting to resolve their case through a settlement agreement.

We GRANT the motion. Appellee is ORDERED to file, **no later than October 7, 2022**, either (1) appellee's brief or (2) a joint motion to dismiss this appeal that fully complies with the Texas Rules of Civil Procedure. In the event the parties are unable to reach a settlement, no further extensions of time to file appellee's brief will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court